**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **RONNIE GLENN TRIPLETT, 15692-064,** | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 3:05-CV-1403-N |
| | ) | |
| **DAN JOSLIN, Warden,** | ) | |
| Respondent. | ) | |

### ORDER

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court. Moreover, the analysis of the Magistrate Judge applies with equal force to Petitioner's First Amended Petition.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the Magistrate Judge are ADOPTED.

Signed September 7, 2005.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE